

| | |
|---|---|
| Date: | July 27, 2023 |
| To:<br>Delivery via email: | Gary Pennington<br>gary@blackstoneclaimservices.com |
| Re: | Hail damage to clay tile roof<br>2211 Vaquero Club<br>Westlake, Texas   76262 |
| DOL: | April 28, 2021 |

**INSTRUCTIONS:**

Pursuant to your instructions we evaluated the roof on the subject property to determine if hail damaged the Mexican barrel style clay roof tiles.  The insurance company providing coverage for the dwelling reportedly requested additional data related to 1) the size of hail that impacted the roof at the subject roof location and 2) examples of fractures to the roof slates.  We were to review your photos of the property and combine those for review with our photos.  You asked that we write a preliminary report with documentation to support our findings.

**PROPERTY DESCRIPTION:**

The residence is a two-story wood framed structure with a hip style roof that is finished with barrel style Mexican clay roof tiles over wooden decking.  Report photos 1.1 through 1.5 are overhead and elevation aerial views of the residence.

**DISCUSSION:**

Clear ice hailstones are harder than hailstones made of cloudy ice.  Based upon practical field experience over several decades, hail fractures to the Mexican clay tile can occur with hailstones that measure 1.50" or larger in diameter.  This observation is also based upon our tests conducted with hail canons, firing simulated "clear ice" hailstones into roofing products at terminal velocity.

During the process of manufacturing the tiles manufactured in Mexico are not subjected to the high temperatures that are typical to produce clay tiles manufactured in the USA or Europe.  This makes them potentially more susceptible to damage from hail impact, especially if the hail is irregular in shape.  The hardness and shape of hailstones, angle of impact and velocity are factors that may produce variables in the appearance of fractures and bruises to most roofing products, including Mexican clay tile.

1 | P a g e

garyt@chaparralconsulting.com<br>
c: 469.337.5993   f: 469-385.8801<br>
P. O. Box 1810, Midlothian, Texas  76065

EXHIBIT U

APPX 000159



Irregular (jagged) shaped clear ice hailstones consistently causes a greater degree of damage compared to what is typical for smooth (round) hailstones. Photo 7.1 depicts a simulated jagged 1.75 inch "clear ice" (hard) hailstone that is typical for what we use during hail cannon tests. The appearance (shape) of fractures can be different from what smooth (round) hailstones cause. Sharp edges or points of jagged hailstones are more likely to make fractures on the edges of tile and can also cause chips on the field of Mexican clay tile.

### *WEATHER RESEARCH:*

The 4/28/2021 hailstorm in Northern Tarrant County was well published by DFW news media. These reports provided photos depicting windshields of cars with hail penetrations measuring at least 2.5" (photo 2.3).

CoreLogic produces one of the most recognized hail reporting services, so we included one of their reports herein, indicating hail measuring 2.4" within one mile and 2.6" within 3 miles. CoreLogic rarely overstates hail size and typically will report smaller hail size than what actually occurred. Upon request we can produce examples of supporting data and photos to support this conclusion.

One of the reasons for inaccuracy in hail reports is that turbulent storms can "project" hail miles away from the clouds where the hailstones formed. We have documented damage from very large hail that was discovered several miles away from the typical "hail swaths" that are provided in Core Logic and other similar hail reports. This includes inaccuracy of swaths provided by NOAA (National Oceanic and Atmospheric Administration). Photo 2.1was from a Google search, showing typical jagged hailstones and three weather illustrations that demonstrate how hail forms and can be projected from clouds to points miles distant from the clouds.

Photo 2.2 shows a hailstone that was picked up by a Westlake resident. Photo 2.3 shows windshield damage to a car in Keller, located immediately south of Westlake.

### *OBSERVATIONS:*

We evaluated several roofs in the gated community where the subject property is located that were damaged by the April 28, 2021 hailstorm. The direction of hail impact was generally from the northwest but some of the larger stones fell very nearly vertically.

The length of time that passed since the hailstorm on April 28, 2021 is sufficient for fading of hail spatters. However, some hail spatters and hail scuffs were still identifiable during our evaluations at several locations in the community. At all of the roofs evaluated in the community we were able to



determine that the hail was consistently irregular in shape. This is an important observation since the full kinetic energy of jagged hailstones can be concentrated in a smaller surface contact area.

The following photos were all taken in the gated community (neighborhood) where the 2211 Vaquero Club residence is located:

   A. Photo 3.1 shows an irregular shaped (jagged) hail scuff at King Fisher Drive.
   B. Photo 3.2 shows hail spatter on concrete at King Fisher Drive.
   C. Photo 3.3 shows a 2.25" hail spatter on a roof slate at Post Oak Place.
   D. Photo 3.4 shows hail scuffs on a wood panel at Nighthawk Court. Most of the scuffs have multiple points of hailstone contact that were made by jagged hailstones.

Documenting spatter and wood scuffs provides useful observations; however, the actual size of hail is typically $1/3^{rd}$ larger than the spatter or scuffs created. The largest hail spatters and scuffs observed during our roof evaluations in this community were consistent with hail measuring approximately 2.5" in diameter. Photos 4.3 through 4.5 depict dents to aluminum window frames. Photo 4.6 shows a dent to a 20 gauge (thick) AC condensing unit cowling and dents to the wire fan guard. Photo 4.7 shows large dents to metal roof panels, 4.8 shows dents to a downspout and 4.9 shows dents to a roof mounted vent. Photo 4.10 shows hail damage to paint on a wood pergola at the driveway entry. These are all examples of evidence that significant hailfall occurred.

The following table provides universally accepted examples of hail velocities and impact energy that can be produced by hailstones. The table does not address other variables such as increases in velocity due to wind forces, shape and hardness of hailstones or angle(s) of impact.

| Diameter | | Terminal Velocity | | | Approximate Impact Energy | |
|---|---|---|---|---|---|---|
| inches | cm | ft/s | mi/hr | (m/sec) | ft lbs | Joules |
| 1 | (2.5) | 73 | 50 | (22.3) | <1 | (<1.36) |
| 1-1/4 | (3.2) | 82 | 56 | (25.0) | 4 | (5.42) |
| 1-1/2 | (3.8) | 90 | 61 | (27.4) | 8 | (10.85) |
| 1-3/4 | (4.5) | 97 | 66 | (29.6) | 14 | (18.96) |
| 2 | (5.1) | 105 | 72 | (32.0) | 22 | (29.80) |
| 2-1/2 | (6.4) | 117 | 80 | (35.7) | 53 | (71.9) |
| 2-3/4 | (7.0) | 124 | 85 | (37.8) | 81 | (109.8) |
| 3 | (7.6) | 130 | 88 | (39.6) | 120 | (162.7) |

Table 2. Terminal velocities and energies of hailstones

3 | P a g e



*TESTS PERFORMED*

Irregular (jagged) shaped clear ice hailstones will consistently cause a greater degree of damage when compared to what smooth (round) hailstones can cause. That includes the appearance (shape) of fractures that smooth (round) hailstones typically cause. Edges of jagged hailstones are more likely to make fractures on the edges of tile and can also cause chips on the surface of Mexican clay tile. Damaged (chipped) tiles can absorb more moisture that may result in future freeze-thaw fractures. If the subject residence is refinanced or sold, lenders could require total replacement of the roof before approving a loan.

Fracture lines in clay tile will not always occur at a point along fracture lines. This is demonstrated by photo 7.1 (taken in 2015 at an International Accreditation Service certified lab in Hutto, Texas). The fracture was made with a compressed air hail cannon firing a two-inch (round, clear ice) simulated hailstone at approximately terminal velocity. The significance of this observation is that the point of impact was <u>not</u> along the fracture (crack) line.

Tile from the subject roof was tested by firing a 1.75" clear ice simulated hailstones at 80 MPH velocity (photos 6.1 through 6.3). The tile was broken at the point of impact (red arrow in photo 6.2). As shown in the chart above, terminal velocity for that sized hailstone is 66 MPH. We used 80 MPH in the test firing for two reasons. The velocity of hail impacting the residence was at least 80 MPH (based upon the terminal velocity for 2.5" hail that was confirmed to impact the residence). Hail dents to window screen frames are common; however, wind driven hail is required for hailstones to make the dents on the *side*s of window frames (photo 4.5). It is unusual for horizontal aluminum window frame components to be significantly dented (photos 4.1 through 4.4). It is much more unusual for the vertical (side) frames to be dented (photo 4.5). Based upon the physical evidence observed at the subject residence, the hail was obviously wind driven and in excess of terminal velocity.

For the hail cannon tests in the "6" series photos we used 80 MPH firing velocity. That is the terminal velocity for a *2.5"* hailstone (the proven size of hail that impacted the residence). The 1.75" simulated hailstone had less than 1/3rd of the ft. lbs. of potential impact energy that a 2.5" stone can produce (14 ft. lbs for 1.75" vs 53 ft lbs for 2.5"). Using the higher velocity with a smaller hailstone eliminates any doubt that hail impacting the property was adequate to cause damage shown on photos 5.2 through 5.5. For comparison purposes new Mexican clay tile was purchased (the new tile example is shown in photo 8.1). There is a stark difference in the damaged condition of tiles taken from the residence (shown in photos 5.2 through 5.5) vs the newly purchased tile shown in photo 8.1.

Photo 8.2 shows one of our "clear ice" 1.75" simulated hailstone. Photo 8.3 shows the hail cannon barrel size used for the test (one of six sizes in our barrel inventory). We used a radar gun (designed for the typical velocity of baseballs) to measure velocity of the simulated hailstones. We also use a ballistic chronograph for some hail cannon tests but find the radar gun to be more appropriate for velocities from 50-90 MPH.

4 | P a g e

garyt@chaparralconsulting.com
c: 469.337.5993   f: 469-385.8801
P. O. Box 1810, Midlothian, Texas  76065



**CONCLUSIONS:**

1. The Mexican clay roof tiles on the subject roof were damaged by hail on the April 28, 2021 reported date of loss. There is a stark difference in the surface of tile from the subject roof when compared to newly purchased tile.
2. Hail spatters and scuffs measuring 2.5" were observed at the subject residence and at other nearby residences we inspected in the community.
3. We previously observed slate and other tile roofs in the gated community with comparable damage to what was observed on the subject roof.
4. The roof should be replaced due to hail damage that occurred on April 28, 2021.

Please let us know if you have any questions or further instructions.

Respectfully submitted,

Gary B. Treider

Project Director

5 | P a g e

garyt@chaparralconsulting.com
c: 469.337.5993    f: 469-385.8801
P. O. Box 1810, Midlothian, Texas  76065

APPX 000163



Weather Verification Services

# Hail Verification Report

| Claim or Reference # | VAQUERO CLUB DRIVE |
|---|---|
| Insured/Property Owner | VAQUERO CLUB DRIVE |
| Address | 2211 Vaquero Club Dr<br>Westlake, TX 76262 |
| Coordinates | Latitude 32.968526, Longitude -97.192307 |
| Date Range | Jul 10, 2013 to Jul 09, 2023 |
| Report Generated | July 10th, 2023 at 12:23:50 UTC |

## Storm Events

| | Estimated Maximum Hail Size | | | |
|---|---|---|---|---|
| Date | At Location | Within 1 mi / 1.61 km | Within 3 mi / 4.83 km | Within 5 Miles |
| Jun 11, 2023 | 0.9 in / 2.29 cm | 1.6 in / 4.06 cm | 2.1 in / 5.33 cm | 2.8 in / 7.11 cm |
| May 19, 2023 | -- | 0.9 in / 2.29 cm | 1 in / 2.54 cm | 1 in / 2.54 cm |
| Mar 21, 2022 | -- | 0.8 in / 2.03 cm | 0.9 in / 2.29 cm | 0.9 in / 2.29 cm |
| Nov 10, 2021 | -- | 0.75 in / 1.91 cm | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm |
| Apr 28, 2021 | 2.1 in / 5.33 cm | 2.4 in / 6.1 cm | 2.6 in / 6.6 cm | 2.9 in / 7.37 cm |
| Mar 24, 2021 | -- | 0.8 in / 2.03 cm | 1 in / 2.54 cm | 2.1 in / 5.33 cm |
| Jun 16, 2019 | -- | -- | 0.75 in / 1.91 cm | 0.75 in / 1.91 cm |
| Mar 24, 2019 | -- | 0.8 in / 2.03 cm | 1 in / 2.54 cm | 1 in / 2.54 cm |
| Mar 8, 2019 | -- | -- | 0.8 in / 2.03 cm | 0.9 in / 2.29 cm |
| Jan 21, 2018 | -- | -- | 0.75 in / 1.91 cm | 0.8 in / 2.03 cm |
| Apr 10, 2017 | -- | -- | 1.1 in / 2.79 cm | 1.1 in / 2.79 cm |
| Apr 1, 2017 | -- | -- | 0.8 in / 2.03 cm | 0.9 in / 2.29 cm |
| Apr 29, 2016 | -- | 0.75 in / 1.91 cm | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm |
| Mar 23, 2016 | 1 in / 2.54 cm | 1 in / 2.54 cm | 1 in / 2.54 cm | 1.1 in / 2.79 cm |
| Dec 27, 2015 | -- | 0.8 in / 2.03 cm | 0.9 in / 2.29 cm | 0.9 in / 2.29 cm |
| Oct 26, 2013 | -- | 1 in / 2.54 cm | 1.5 in / 3.81 cm | 1.5 in / 3.81 cm |

| | Hail Verification Report #30198067 | | | Page 2 of 3 |

| | Estimated Maximum Hail Size | | | |
|---|---|---|---|---|
| **Date** | **At Location** | **Within 1 mi / 1.61 km** | **Within 3 mi / 4.83 km** | **Within 5 Miles** |
| Aug 13, 2013 | -- | -- | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm |

• Hail dates begin at 6am CST on the indicated day and end at 6am CST the following day.
• Dash "--" indicates 0.75 in / 1.91 cm or larger hail was detected within 3 mi / 4.83 km, but not at location.
• Hail sizes being reported within this report start at 0.75 in / 1.91 cm and increase in 0.1 in / 0.25 cm increments; rounded to the nearest 0.1 in / 0.25 cm.
• This report contains hail events between Jul 10, 2013 and Jul 09, 2023.

©2023 CoreLogic Spatial Solutions LLC      wvs.corelogic.com | (888) 929-4245 | Hail Verification Technology 2.0

APPX 000165

## Important Legal Notice and Disclaimer

THIS REPORT AND THE CORRESPONDING DATA IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND ONLY FOR INTERNAL USE BY THE INITIAL PURCHASER/END-USER RECIPIENT HEREOF. NOTWITHSTANDING THE FOREGOING, SUCH PURCHASER/END-USER MAY SHARE THIS REPORT WITH THE OWNER OF THE PROPERTY THAT IS THE SUBJECT OF THE REPORT. CORELOGIC, INC. AND/OR ITS SUBSIDIARIES OR AFFILIATES ("CORELOGIC") DO NOT ASSUME, AND EXPRESSLY DISCLAIM LIABILITY FOR ANY LOSS OR DAMAGE RESULTING FROM THE USE OF, OR ANY DECISIONS BASED ON OR IN RELIANCE ON, THIS REPORT AND THE CORRESPONDING DATA

THIS REPORT AND THE CORRESPONDING DATA ARE FURNISHED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY, ACCURACY, COMPLETENESS, NON-INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE (EVEN IF THAT PURPOSE IS KNOWN TO CORELOGIC). SOME STATES DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO THE USER. IN THAT EVENT, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO NINETY (90) DAYS FROM THE DATE OF THE REPORT AND TO THE DOLLAR AMOUNT OF THE REPORT.

THE CONTENTS OF THIS REPORT ARE PROTECTED BY APPLICABLE COPYRIGHT AND OTHER INTELLECTUAL PROPERTY LAWS AND MAY INCLUDE PROPRIETARY OR OTHER CONTENT OF THIRD PERSONS. NO PERMISSION IS GRANTED TO COPY, DISTRIBUTE, MODIFY, POST OR FRAME ANY TEXT, GRAPHICS, OR USER INTERFACE DESIGN OR LOGOS INCLUDED IN THIS REPORT. ALL USERS OF THIS REPORT AGREE TO HOLD HARMLESS CORELOGIC AND ITS AFFILIATES, EQUITY HOLDERS, DIRECTORS, OFFICERS, EMPLOYEES, CONTRACTORS, AGENTS, REPRESENTATIVES AND SUPPLIERS OF THIRD PARTY CONTENT FROM ANY USE OR MISUSE, MISAPPLICATION, ALTERATION OR UNAUTHORIZED DISCLOSURE OF THIS REPORT.

THIS NOTICE AND DISCLAIMER IS INTENDED TO FUNCTION IN HARMONY WITH THE CORELOGIC TERMS OF USE AVAILABLE ON THE WEATHER VERIFICATION SERVICES WEBSITE. IN THE EVENT OF ANY CONFLICT BETWEEN THE TWO DOCUMENTS, THE CORELOGIC TERMS OF USE SHALL GOVERN.



**Scan to Verify Authenticity**

*The original contents of this report are stored online in the original state provided by CoreLogic. Scan this QR Code and it will take you to a link to view the data and verify its authenticity.*