**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ROBERT SMITH,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.: 4:24-cv-00723-O** |
| | § | |
| **CENTRAL MUTUAL INSURANCE** | § | |
| **COMPANY, et al.** | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |

<u>**DEFENDANT CENTRAL MUTUAL INSURANCE COMPANY'S
APPENDIX IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**</u>

Defendant Central Mutual Insurance Company ("Central Mutual") hereby submits its

Appendix in Support of its Motion for Summary Judgment as follows:

| EXHIBIT | APPENDIX PAGE NO. | DESCRIPTION |
|---------|-------------------|-------------|
| A | 000001–000007 | E-mail correspondence between Plaintiff, Central Mutual, and Plaintiff's insurance agent dated April 5, 2022 ("E-mail re: April 2021 Hail") |
| B | 000008–000012 | E-mail correspondence between Plaintiff and Central Mutual dated June 13, 2023 ("E-mail re: June 2023 Hail") |
| C | 000013–000049 | Highlighted copy of Roof Inspection Report prepared by Defendant's retained testifying expert, Jordan D. Beckner of Roof Technical Services, Inc. (with attachments and photographs omitted) ("Beckner Report") |
| D | 000050–000063 | Central Mutual Insurance Company Photo Sheet dated October 19, 2021 ("Central Mutual Photo Sheet") |
| E | 000064–00066 | Excerpts of Central Mutual Insurance Company's Claim Log for Plaintiff's Insurance Claim ("Claim Log Excerpts") |

| | | |
|---|---|---|
| F | 000067–000077 | E-mail from Plaintiff to Central Mutual Insurance Company with attached estimate and documentation from Veranda Designer Homes ("Veranda Estimate") |
| G | 000078 | Letter dated January 14, 2022, from Central Mutual to Plaintiff, issuing payment ("Def.'s First Payment Ltr.") |
| H | 000079–000085 | E-mail exchange between Plaintiff and Central Mutual Reporting Hail Damage, dated January 28, 2022 ("E-mail First Claiming Hail") |
| I | 000086–000095 | IFC Roofing Estimate, dated March 2, 2022 |
| J | 000096–000097 | Benchmark Hail History Report dated February 21, 2022 ("Benchmark Hail First Rep.") |
| K | 000098–000099 | Benchmark Hail History Report dated June 2, 2022 ("Benchmark Hail Second Rep.") |
| L | 000100–000114 | Highlighted copy of Donan Engineering Report authored by David Brosig, P.E. ("Brosig Rep.") |
| M | 000115 | The Roof Tile and Slate Company Invoice #36299 for purchase of roofing materials ("RTSC Invoice") |
| N | 000116–000118 | Text Message Exchange between Plaintiff and Copper Nail Roofing Representative ("Copper Nail Text Messages") |
| O | 000119–000125 | Estimate prepared by independent adjusting firm, Team One Adjusting Services, LLC ("IA Est.") |
| P | 000126–000127 | E-mail correspondence from Central Mutual to Plaintiff dated June 20, 2022, regarding Central Mutual's supplemental payment of Plaintiff's insurance claim ("Def.'s Second Payment") |
| Q | 000128–000134 | Second and Final Estimate prepared by Gary Pennington with Blackstone Claim Services, Inc. ("Blackstone Est."). |

| R | 000135–000138 | Final Report prepared by Kelby Boehl with Envista Forensic Report ("Boehl Rep.") |
|---|---|---|
| S | 000139–000159 | Estimate prepared by Kelby Boehl with Envista Forensic ("Envista Est.") |
| T | 000157–000158 | E-mail correspondence between Central Mutual and Plaintiff's Public Adjuster regarding Central Mutual's second supplemental payment ("Def.'s Third Payment") |
| U | 000159–000163 | "Preliminary Report" of Plaintiff's Retained Testifying Gary Treider (with attachments omitted) ("Treider Rep.") |
| V | 000164–000167 | Central Mutual's Partial Denial Letter, dated January 7, 2024 ("Partial Denial Ptr.") |
| W | 000168–000182 | Plaintiff's Pre-Suit Demand, dated April 23, 2024, with attached estimate prepared by Plaintiff's non-retained testifying expert, Erik Larsen ("Pre-Suit Demand") |
| X | 000183–000225 | Expert report prepared by Defendant's retained testifying expert, Bryan Hash with R.B. Hash & Associates, Inc., dated September 28, 2024 ("Hash Rep.") |
| Y | 000226–000233 | Plaintiff's Expert Disclosures pursuant to Fed. R. Civ. P. 26(a)(2). |
| Z | 000234–000240 | Highlighted Excerpts of deposition of Wyatt Barstow ("Barstow Dep.") |
| AA | 000241–000262 | Highlighted Excerpts of deposition of Plaintiff, Robert Smith ("R. Smith Dep.") |

Respectfully submitted,

BY:    */s/ Clinton J. Wolbert*
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
      Clinton J. Wolbert

State Bar No. 24103020
**PHELPS DUNBAR LLP**
910 Louisiana Street; Suite 4300
Houston, Texas 77002
Telephone: 713 626 1386
Facsimile: 713 626 1388
clinton.wolbert@phelps.com

William R. de los Santos
State Bar No. 24125762
**PHELPS DUNBAR LLP**
2102 E. State Hwy. 114, Suite 207
Southlake, Texas 76092
Telephone: 817 488 3134
Facsimile: 817 488 3214
william.delossantos@phelps.com

**ATTORNEYS FOR DEFENDANT
CENTRAL MUTUAL INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served this 6th day of January 2025 to the following in accordance with the Federal Rules of Civil Procedure:

Clifford K. Nkeyasen                           *Vía Email: clifford@coveragedenied.com*
**CLIFFORD K. NKEYASEN PLLC**
4310 N. Central Expy, Suite 103
Dallas, Texas 75206
[T]: 469-249-9271
*Attorneys for Plaintiff*

*/s/ Clinton J. Wolbert*
Clinton J. Wolbert