Exhibit B



**CHAPARRAL**
**C O N S U L T I N G**
**A N D F O R E N S I C S**

| | |
|---|---|
| Date: | July 27, 2023 |
| To: | Gary Pennington |
| Delivery via email: | gary@blackstoneclaimservices.com |
| Re: | Hail damage to clay tile roof |
| | 2211 Vaquero Club |
| | Westlake, Texas    76262 |
| DOL: | April 28, 2021 |

## _INSTRUCTIONS:_

Pursuant to your instructions we evaluated the roof on the subject property to determine if hail damaged the Mexican barrel style clay roof tiles.  The insurance company providing coverage for the dwelling reportedly requested additional data related to 1) the size of hail that impacted the roof at the subject roof location and 2) examples of fractures to the roof slates.  We were to review your photos of the property and combine those for review with our photos.  You asked that we write a preliminary report with documentation to support our findings.

## _PROPERTY DESCRIPTION:_

The residence is a two-story wood framed structure with a hip style roof that is finished with barrel style Mexican clay roof tiles over wooden decking.  Report photos 1.1 through 1.5 are overhead and elevation aerial views of the residence.

## _DISCUSSION:_

Clear ice hailstones are harder than hailstones made of cloudy ice.  Based upon practical field experience over several decades, hail fractures to the Mexican clay tile can occur with hailstones that measure 1.50" or larger in diameter.  This observation is also based upon our tests conducted with hail canons, firing simulated "clear ice" hailstones into roofing products at terminal velocity.

During the process of manufacturing the tiles manufactured in Mexico are not subjected to the high temperatures that are typical to produce clay tiles manufactured in the USA or Europe.  This makes them potentially more susceptible to damage from hail impact, especially if the hail is irregular in shape.  The hardness and shape of hailstones, angle of impact and velocity are factors that may produce variables in the appearance of fractures and bruises to most roofing products, including Mexican clay tile.

garyt@chaparralconsulting.com
c: 469.337.5993    f: 469-385.8801
P. O. Box 1810, Midlothian, Texas  76065



**EXHIBIT A**

APPX 000001



Irregular (jagged) shaped clear ice hailstones consistently causes a greater degree of damage compared to what is typical for smooth (round) hailstones. Photo 7.1 depicts a simulated jagged 1.75 inch "clear ice" (hard) hailstone that is typical for what we use during hail cannon tests. The appearance (shape) of fractures can be different from what smooth (round) hailstones cause. Sharp edges or points of jagged hailstones are more likely to make fractures on the edges of tile and can also cause chips on the field of Mexican clay tile.

### _WEATHER RESEARCH:_

The 4/28/2021 hailstorm in Northern Tarrant County was well published by DFW news media. These reports provided photos depicting windshields of cars with hail penetrations measuring at least 2.5" (photo 2.3).

CoreLogic produces one of the most recognized hail reporting services, so we included one of their reports herein, indicating hail measuring 2.4" within one mile and 2.6" within 3 miles. CoreLogic rarely overstates hail size and typically will report smaller hail size than what actually occurred. Upon request we can produce examples of supporting data and photos to support this conclusion.

One of the reasons for inaccuracy in hail reports is that turbulent storms can "project" hail miles away from the clouds where the hailstones formed. We have documented damage from very large hail that was discovered several miles away from the typical "hail swaths" that are provided in Core Logic and other similar hail reports. This includes inaccuracy of swaths provided by NOAA (National Oceanic and Atmospheric Administration). Photo 2.1was from a Google search, showing typical jagged hailstones and three weather illustrations that demonstrate how hail forms and can be projected from clouds to points miles distant from the clouds.

Photo 2.2 shows a hailstone that was picked up by a Westlake resident. Photo 2.3 shows windshield damage to a car in Keller, located immediately south of Westlake.

### _OBSERVATIONS_:

We evaluated several roofs in the gated community where the subject property is located that were damaged by the April 28, 2021 hailstorm. The direction of hail impact was generally from the northwest but some of the larger stones fell very nearly vertically.

The length of time that passed since the hailstorm on April 28, 2021 is sufficient for fading of hail spatters. However, some hail spatters and hail scuffs were still identifiable during our evaluations at several locations in the community. At all of the roofs evaluated in the community we were able to

garyt@chaparralconsulting.com
c: 469.337.5993    f: 469-385.8801
P. O. Box 1810, Midlothian, Texas  76065

APPX 000002



determine that the hail was consistently irregular in shape. This is an important observation since the full kinetic energy of jagged hailstones can be concentrated in a smaller surface contact area.

The following photos were all taken in the gated community (neighborhood) where the 2211 Vaquero Club residence is located:

A. Photo 3.1 shows an irregular shaped (jagged) hail scuff at King Fisher Drive.
B. Photo 3.2 shows hail spatter on concrete at King Fisher Drive.
C. Photo 3.3 shows a 2.25" hail spatter on a roof slate at Post Oak Place.
D. Photo 3.4 shows hail scuffs on a wood panel at Nighthawk Court. Most of the scuffs have multiple points of hailstone contact that were made by jagged hailstones.

Documenting spatter and wood scuffs provides useful observations; however, the actual size of hail is typically 1/3rd larger than the spatter or scuffs created. The largest hail spatters and scuffs observed during our roof evaluations in this community were consistent with hail measuring approximately 2.5" in diameter. Photos 4.3 through 4.5 depict dents to aluminum window frames. Photo 4.6 shows a dent to a 20 gauge (thick) AC condensing unit cowling and dents to the wire fan guard. Photo 4.7 shows large dents to metal roof panels, 4.8 shows dents to a downspout and 4.9 shows dents to a roof mounted vent. Photo 4.10 shows hail damage to paint on a wood pergola at the driveway entry. These are all examples of evidence that significant hailfall occurred.

The following table provides universally accepted examples of hail velocities and impact energy that can be produced by hailstones. The table does not address other variables such as increases in velocity due to wind forces, shape and hardness of hailstones or angle(s) of impact.

| Diameter | | Terminal Velocity | | | Approximate Impact Energy | |
|---|---|---|---|---|---|---|
| inches | cm | ft/s | mi/hr | (m/sec) | ft lbs | Joules |
| 1 | (2.5) | 73 | 50 | (22.3) | <1 | (<1.36) |
| 1-1/4 | (3.2) | 82 | 56 | (25.0) | 4 | (5.42) |
| 1-1/2 | (3.8) | 90 | 61 | (27.4) | 8 | (10.85) |
| 1-3/4 | (4.5) | 97 | 66 | (29.6) | 14 | (18.96) |
| 2 | (5.1) | 105 | 72 | (32.0) | 22 | (29.80) |
| 2-1/2 | (6.4) | 117 | 80 | (35.7) | 53 | (71.9) |
| 2-3/4 | (7.0) | 124 | 85 | (37.8) | 81 | (109.8) |
| 3 | (7.6) | 130 | 88 | (39.6) | 120 | (162.7) |

**Table 2**. Terminal velocities and energies of hailstones

garyt@chaparralconsulting.com
c: 469.337.5993     f: 469-385.8801
P. O. Box 1810, Midlothian, Texas  76065

APPX 000003



## TESTS PERFORMED

Irregular (jagged) shaped clear ice hailstones will consistently cause a greater degree of damage when compared to what smooth (round) hailstones can cause. That includes the appearance (shape) of fractures that smooth (round) hailstones typically cause. Edges of jagged hailstones are more likely to make fractures on the edges of tile and can also cause chips on the surface of Mexican clay tile. Damaged (chipped) tiles can absorb more moisture that may result in future freeze-thaw fractures. If the subject residence is refinanced or sold, lenders could require total replacement of the roof before approving a loan.

Fracture lines in clay tile will not always occur at a point along fracture lines. This is demonstrated by photo 7.1 (taken in 2015 at an International Accreditation Service certified lab in Hutto, Texas). The fracture was made with a compressed air hail cannon firing a two-inch (round, clear ice) simulated hailstone at approximately terminal velocity. The significance of this observation is that the point of impact was <u>not</u> along the fracture (crack) line.

Tile from the subject roof was tested by firing a 1.75" clear ice simulated hailstones at 80 MPH velocity (photos 6.1 through 6.3). The tile was broken at the point of impact (red arrow in photo 6.2). As shown in the chart above, terminal velocity for that sized hailstone is 66 MPH. We used 80 MPH in the test firing for two reasons. The velocity of hail impacting the residence was at least 80 MPH (based upon the terminal velocity for 2.5" hail that was confirmed to impact the residence). Hail dents to window screen frames are common; however, wind driven hail is required for hailstones to make the dents on the <u>side</u>s of window frames (photo 4.5). It is unusual for horizontal aluminum window frame components to be significantly dented (photos 4.1 through 4.4). It is much more unusual for the vertical (side) frames to be dented (photo 4.5). Based upon the physical evidence observed at the subject residence, the hail was obviously wind driven and in excess of terminal velocity.

For the hail cannon tests in the "6" series photos we used 80 MPH firing velocity. That is the terminal velocity for a *2.5"* hailstone (the proven size of hail that impacted the residence). The 1.75" simulated hailstone had less than $1/3^{rd}$ of the ft. lbs. of potential impact energy that a 2.5" stone can produce (14 ft. lbs for 1.75" vs 53 ft lbs for 2.5"). Using the higher velocity with a smaller hailstone eliminates any doubt that hail impacting the property was adequate to cause damage shown on photos 5.2 through 5.5. For comparison purposes new Mexican clay tile was purchased (the new tile example is shown in photo 8.1). There is a stark difference in the damaged condition of tiles taken from the residence (shown in photos 5.2 through 5.5) vs the newly purchased tile shown in photo 8.1.

Photo 8.2 shows one of our "clear ice" 1.75" simulated hailstone. Photo 8.3 shows the hail cannon barrel size used for the test (one of six sizes in our barrel inventory). We used a radar gun (designed for the typical velocity of baseballs) to measure velocity of the simulated hailstones. We also use a ballistic chronograph for some hail cannon tests but find the radar gun to be more appropriate for velocities from 50-90 MPH.

garyt@chaparralconsulting.com
c: 469.337.5993    f: 469-385.8801
P. O. Box 1810, Midlothian, Texas  76065

APPX 000004



### CONCLUSIONS:

1. The Mexican clay roof tiles on the subject roof were damaged by hail on the April 28, 2021 reported date of loss.  There is a stark difference in the surface of tile from the subject roof when compared to newly purchased tile.
2. Hail spatters and scuffs measuring 2.5" were observed at the subject residence and at other nearby residences we inspected in the community.
3. We previously observed slate and other tile roofs in the gated community with comparable damage to what was observed on the subject roof.
4. The roof should be replaced due to hail damage that occurred on April 28, 2021.

Please let us know if you have any questions or further instructions.

Respectfully submitted,

Gary B. Treider

Project Director

garyt@chaparralconsulting.com
c: 469.337.5993    f: 469-385.8801
P. O. Box 1810, Midlothian, Texas  76065

APPX 000005



# GARY B. TREIDER

## PROJECT EXPERIENCE and ASSOCIATIONS

**1974 – 1991**     Ownership of an incorporated property and casualty insurance agency, construction company and multiple offices involved in real estate sales, business brokerage and insurance consulting. Licenses held included Recording Agent, Real Estate Broker, loan license and adjuster for property/casualty claims.

**1991 – 2007**     Executive Senior Consultant and Project Director for Unified Building Sciences, Inc., a regional consulting firm based in Dallas, Texas.  Evaluations involved preparation of scope and cost appraisals, field and lab performed forensic tests and supervision of in-house Senior Consultants, Architects and Engineers.  During this time frame plaintiff and umpire assignments were occasionally received; however, the consulting client base primarily included insurance companies and defense law firms.  Hands on training and real time experience was extensive during this time frame, working closely with various professionals and specialists for analysis of storm damage, fire and flood damage, forensic testing, indoor air quality evaluation and tests, differential building movement.  Many assignments involved writing detailed estimates and umpire appointment for appraisals.  Time was devoted to developing leading edge technology and techniques for use in damage evaluations and report writing.  Seminars were provided for adjusters and contractors.  During this time frame I assisted in critiquing an insurance related estimating program, then known as DDS but most recently as IntegriClaim after it was purchased by Marshall & Swift, a company that provides a major source of reference material and pricing for the appraisal industry.

**2008 – Present**    During this time frame I have operated as the owner of Chaparral Consulting and Forensics, providing damage consulting services, materials testing and appraisal services for commercial and multi-family properties.  Approximately 2-4 days per month are spent in a lab certified by the International Accreditation Service (IAS), performing tests that are primarily to address insurance related damage or material failure analysis.  I have been instrumental in developing Patent Applied testing devices, including the techniques employed for moisture surveys by using infrared thermography and various invasive and non-invasive moisture detection devices.  The mix between defense and plaintiff assignments was maintained at approximately 50/50 through 2014.  As a member of the American Society for Testing and Materials (ASTM), symposia and workshops are attended that are used for introducing, changing and renewing the 13,000+ ASTM standards.  Hail and wind weather seminars are also attended on a regular basis that include presentations from NOAA meteorologists, storm chasers and other weather professionals.  Continuing Education Credit seminars have been presented to audiences in Florida, Louisiana and Arizona and other seminars were presented in Texas, Kentucky and Arizona.  A "Mentor-by-Phone" system has been added to the seminar programs, assisting contractors and adjusters during their evaluations with a video link on a "real-time" basis.

garyt@chaparralconsulting.com
c: 469.337.5993    f: 469-385.8801
P. O. Box 1810, Midlothian, Texas  76065

APPX 000006



During the past twenty-five years consulting assignments included 150+ "major case" damage issues at public and private school districts, universities, churches and other non-profit organizations. Expert opinion evaluations and scope and cost appraisals have been performed in Arizona, Arkansas, Colorado, Georgia, Kansas, Kentucky, Louisiana, Missouri, Minnesota, Montana, Nebraska, New Mexico, North Carolina, Oklahoma, Pennsylvania, Texas, Tennessee, Utah, Virginia and Washington State. Review of claim documents for other states have also been performed. Approximately 95% of sites evaluated involved commercial and multi-family structures. Low slope and pitched roofs of every type commonly used on commercial and residential buildings have been evaluated and tested. Roof evaluation procedures include shingle and membrane uplift tests (ASTM and FM Global specifications), de-saturation and freezing of membrane roof samples to detect hail damage and use of various non-invasive moisture detection systems. Upon request appraisals apportion damage that resulted from multiple occurrences (typical for hail and wind damage) or separately identify damage from specified perils, age deterioration and product defects. These evaluations often involve practicality for restoration as well as the most appropriate method(s) for partial or total demolition.

## SIGNIFICANT PROJECTS

**1991 to May of 1995** – Appraisals and evaluations of storm and fire damage to multi-family projects, office buildings, municipal buildings and shopping centers; differential foundation movement evaluations and seminar presentations.

**1995** - Fort Worth, Texas - Supervision of teams inspecting 1200 city and county owned facilities for damage from the "Mayfest" storm (the largest dollar amount of damage from a US hail storm in history up to that time).

**1995 through 2000** – Tornado damage was inspected in five states. These included an Albertson's store totaled by the 250 mph F5 tornado in Jarrell, Texas and an apartment complex that was totaled in the 318 mph F5 tornado in Oklahoma City (highest wind speeds ever recorded in the USA). The March 2000 Fort Worth, Texas tornado caused $5,000,000+ in damage to the Texas Public Health Building in Arlington (evaluation involved partially gutting the building and microbial issues). In 1997 other hail, fire and tornado building envelope deficiency evaluations were made in Arkansas, Missouri, Montana, Texas, Mississippi, Louisiana and Tennessee. These included historic sites, schools, court houses, churches and municipal buildings with many involving water intrusion and indoor air quality issues that caused microbial growth. Fourteen campuses in the Dallas, Texas Independent School District were evaluated for flood damage. During this time frame causation factors for a high percentage of assignments included compromised building envelopes damaged by storms or fire and also damage caused by improper design or operation and defects in mechanical systems.

**2000 through 2004** – Storm and flood damage evaluations involved numerous large projects. These included the entire New Orleans school district (166 campuses for hail with $58+mil in claimed damages), the University of Houston ($150+mil in confirmed damage when the entire campus was flooded from Tropical Storm Allison), jails and prisons (including Angola in Louisiana), 38 multi-family and commercial locations in Lafayette, Louisiana ($25+mil in claimed damage for hurricane Lili), refineries (oil and chemical), granite quarry ($5+mil in damage to structures and equipment) and schools in Texas and surrounding states (primarily fires and storm damage). During this time frame numerous buildings were



evaluated for indoor air quality issues and/or building envelope water penetration issues that resulted in microbial growth. Extensive coordination with Certified Industrial Hygienists, mold and asbestos abatement specialists and general contractors was necessary. A broad knowledge base was learned from Mr. Dave Flettrich, PE, a premier "sick building syndrome" expert in states along the Gulf of Mexico. Typical locations where Mr. Flettrich provided assistance included the New Orleans FBI building, hotels and a mid rise apartment building. These projects ranged from $10 million to $33 million in claimed damages.

**2005 through 2007** - Hurricane assignments during this time frame involved approximately 1200 roofs and related breaches of building envelopes totaling $100mil+ in claimed damages. Many locations could not be dried down efficiently due to the widespread damage and limited equipment and crews for water damage mitigation work, making indoor air quality issues and microbial growth prevalent. School district evaluations for Hurricane Rita included Tangipahoa, Beaumont, Nederland, Port Neches and Port Arthur. Work was also performed at the New Orleans schools for Hurricane Katrina. Other evaluations involved multi-family residential, shopping centers, office buildings, industrial sites, shipping ports and city/county owned facilities such as airports, parks, jails and prisons. Assignments for Hurricane Humberto included $25mil+ in claimed damages for assignments at the Port Arthur schools, Southeast Texas Regional Airport, multi-family and county/city owned buildings and facilities (including prisons in the Golden Triangle area) and the Ford Park Event and Convention Center.

**2008 to present** – Evaluations for Hurricane Ike involved approximately 1200 roofs and related interiors totaling $150+mil for claimed damages. Other assignments included fire and storm damage assessments in Arizona, Arkansas, Colorado, Georgia, Kansas, Kentucky, Louisiana, Nebraska, New Mexico, Minnesota, Montana, North Carolina, Oklahoma, Pennsylvania, Texas, Tennessee, Utah, Virginia and Washington State.

## FACILITIES EVALUATED

- Low, mid and high-rise office buildings
- City, county, state and federal facilities (including museums, amusement parks, court houses, maintenance facilities, water/sewer treatment plants, prisons and jails)
- Airports, hangers and related service facilities
- Resorts, marinas and related structures
- Mall shopping centers
- Hospitals and clinics
- Supermarkets and convenience stores
- Churches
- Chemical plants and oil refineries
- Grain elevators
- Warehouse complexes
- Heavy and light manufacturing
- Heavy equipment and transport systems
- Damage requiring restoration of historic court houses and other buildings listed in the National Register, mansions and structures with unique and high value finishes

garyt@chaparralconsulting.com
c: 469.337.5993    f: 469-385.8801
P. O. Box 1810, Midlothian, Texas 76065



- Multi-family apartments, townhomes, condominiums and single family residences
- Hotels and motels
- Foundation differential movement evaluations
- Rock crushing and conveyor systems
- Large contents losses
- Inventory with significant spoilage, hazardous waste, short shelf life and/or limited source of supply
- Evaluations requiring high level security clearance (including government facilities and defense contractors)
- Sites with significant life-safety issues involved



APPX 000009



### *GENERAL HAIL DISCUSSION:*

Evidence of hail that can be observed on the surface of a roof includes *membrane bruises, voids, cuts, star shaped or concentric shaped fractures and dents*.  Visual observance of what *appears* to be damage can be misleading if those observations are not supported by several categories of supporting evidence.  Damage that can't be detected on the surface of a roof, otherwise known as "hidden damage", requires evaluation and testing of roof membrane samples.  Some observations and testing of samples can be performed on a roof.  Those that can't, should be accomplished by a laboratory that has personnel that are have at least 200 hours experience with a hail cannon, firing simulated ice balls into roof samples.   ASTM is an international standards organization that develops and publishes in excess of 12,000 voluntary consensus technical standards for a wide range of materials, products, systems and services.  These standards include some but not all roof tests that are performed on a regular basis.

The need for sampling is typically based upon data gathered, interviews, moisture tests and visual observations of "collateral damage" (defined as evidence of hail on objects other than the roof membrane).

The two widely accepted issues to consider for a proper hail evaluation:

#1 Determine if hail damage *could have occurred.* In order for that to be accomplished it is necessary to establish the overall "qualities" of alleged hailfall, including hailstone size, shape, hardness, velocity and angle of impact.  Consideration for only one of these qualities may not be adequate to arrive at supportable overall conclusions.  It is also typically necessary to determine when damaging hail might have occurred (this is often complicated by evidence that indicates multiple storms occurred).

#2 Identify the type, quality, age condition and firmness of building components impacted by hail.  These are common sense but potentially very important issues that can require some extra time to establish.  This includes the firmness and condition of substrate materials supporting the building components such as insulation under the roof membrane.  A soft substrate (such as with foam insulation boards) allows hailstones to punch through, crack, stretch or "distort" the membrane (so that the material loses water shedding qualities and/or no longer can meet the manufacturer's specifications).

The following chart provided by NOAA (National Oceanographic and Atmospheric Administration) indicates hail that is quarter sized meets "Severe Criteria" category.

garyt@chaparralconsulting.com
c: 469.337.5993    f: 469-385.8801
P. O. Box 1810, Midlothian, Texas  76065

APPX 000010



**Storm Spotter Information**                                   Sioux Falls, SD

Weather.gov > Sioux Falls, SD > Storm Spotter Information                  Weather Forecast Office

Current Hazards   Current Conditions   Radar   Forecasts   Rivers and Lakes   Climate and Past Weather   Local Information

**Calendar of Spotter Training Dates**
**Submit Storm Reports**

▼ Hail and Wind Descriptors

| Hail Diameter | Description | Hail Diameter | Description |
|---|---|---|---|
| 1/4" | Pea Size | 1 3/4" | Golf Ball Size |
| 1/2" | | 2" | Hen Egg Size |
| 3/4" | Penny Size | 2 1/2" | Tennis Ball Size |
| 7/8" | Nickel Size | 2 3/4" | Baseball Size |
| 1" **(Severe Criteria)** | Quarter Size | 3" | Teacup Size |
| 1 1/4" | Half Dollar Size | 4" | Grapefruit Size |
| 1 1/2" | Walnut or Ping Pong Ball Size | 4 1/2" | Softball Size |

The potential for damage ***increases exponentially as size of hailstones increase***.  The result with increasing sizes is similar to an inverted mortgage curve rather than in a straight-line.  As an example, hailstones measuring 1.5" in diameter can produce more than five times the impact energy of 1" hailstones.  The effect wind can have on hailstones to cause damage is also a consideration.  These issues are addressed in an article written by Jim Koontz, P.E., copy attached.  Although written to address residential roofs, the basic concepts of this easy to read report apply to roofs of all types.

Forensics for storm damage evaluation can best be described as _tests and observations that provide repeatable results_.  Time consuming detailed visual observations, interviews and research may be necessary before destructive testing (including cutting roof samples) is considered.  Collateral damage can be considered as some of the "fingerprints" hail produces on impacted surfaces.  These fingerprints include spatter marks (distinct scuffs caused by removal of oxidization or dirt on impacted surfaces); dents to metal building components, etc.  Understanding the importance of devoting time to identifying these fingerprints is not only necessary to evaluate storm damage, it is also required to understand storm damage reports.

The fingerprints an experienced hail investigator will search for include:

APPX 000011



Hail spatters indicate recent hail, they will be on all surfaces that have oxidized paint or a dirty surface (that can be scuffed by hail)

Hail spatter can provide the direction of hail impact (by observing the angle and appearance of hail spatter trailers), angle of hail impact (when observed on vertical surfaces such as sides of package AC cabinets) and hail frequency (noting the number of small, medium and large spatters on a given SF of exposed surface area)

Size of hailstones can be an important factor but size alone will not prove that hail with the potential for damage occurred (a large stone that is soft may not be capable of causing any damage)

Dents to lightweight and heavy weight metal such as vents, copings, roof and wall panels (including close observations to determine the shape of dents in lightweight metals)

Displacement of gravel or granules on roof membranes

Holes and dents to window screens and their aluminum frames

Fractures to window beadings

Broken windows

Scuffs on wood materials (especially where hail impacts were adequate to break wood fibers)

Dents to wire fan guards on the tops of AC unit cowlings

Dents to cooling fins on AC unit coils

Fractures in paint or coatings (especially on painted wood or roof coatings)

Rips and holes in cloth awnings

Fractures to items made of plastic (lawn chairs, signs, building decorations, etc.)

Dents or holes in foam products that are used for roof pipe insulation, EIFS (exterior insulation finish systems) and foam roof membranes

Dents to automobiles and broken auto glass (when it is possible to confirm the automobile was on site during the storm)

Videos or photographs taken by eye witnesses to the storm (when location can be proven)

If hail caused dents to metal are as significant on vertical surfaces as they are on horizontal surfaces made from the same material, there can be no doubt the hail was wind driven. Most commercial and residential buildings will have AC unit cowlings on roofs or at ground level. Observing hail caused dents on these surfaces can provide clues for confirming significance of a hailstorm. Package and condensing unit cowlings are typically made from 20-gauge (heavy weight) steel that is not easily dented, so the degree of denting is an important clue to detect hail

APPX 000012



that might cause damage to a roof. The investigator must use caution in using hail spatter to estimate the size of hail that occurred, considering that it is possible for hail to dent 20 gauge steel when the corresponding spatter marks are as small as one inch. Small spatters in hail dents can be an indication of high velocity and/or irregular shaped hail.

*An experienced hail investigator will likely ignore damage to the roof membrane until items on the checklist above are considered. Otherwise items that mimic hail damage may be mistaken as being from hail. Years of field experience is typically required for an investigator to properly recognize conditions discovered with the checklist. The time to become a proficient investigator can be reduced by observing properly performed tests in an IAS (International Accreditation Service) accredited laboratory. These tests can include firing ice balls of various shapes and sizes with use of a compressed air hail cannon (or similar device), producing conditions similar to what will be observed when evaluating hail damage on roofs.*

The degree of denting to metal surfaces is usually the single most important issue, providing:

Clues to estimate the number of hailstones that were *dense and significant enough for causing roof damage*

If hail caused dents in metal have corresponding hail spatter in the dent depressions that is *an indication of recent hail (since there has not been sufficient time for the spatters to fade out*

*Lack of spatter in the hail caused dents* can be an indication those dents were from older hail

If more than one size dent is observed, and only the largest dents have spatters in the dent depressions, then that is evidence that *the largest hail to impact the roof was the most recent hailstorm*

*If the largest dents have (crusty) oxidized dirt in them*, that can be is evidence that those dents were caused by hail occurring in the distant past

*Hail can't cause scratches*, dents with scratches in the dent depressions are likely from mechanical damage (hammer, etc.)

The extent hail spatters have faded will be useful to date a hailstorm. Very fresh appearing spatters were obviously caused by recent hail. The degree of spatter fading will be affected by the extent of sunlight exposure and the type of dirt or oxidization the spatters were produced in. Some oxidized colors of paint will fade in a relatively short period of time and others may take several years before they are no longer detectible. Crusty dirt and especially the black fungus that spatters disturb will re-establish and cover the spatter much faster in seacoast areas (as compared to inland locations). Judging these variables for how long spatters remain visible is a process that takes years of experience.

When the date of a hailstorm might be questioned it is worthwhile to observe all available surfaces where spatter has not faded out. That may require obtaining permission to observe surfaces on neighboring roofs. When items on the roof are too new to be oxidized or not

garyt@chaparralconsulting.com
c: 469.337.5993   f: 469-385.8801
P. O. Box 1810, Midlothian, Texas  76065

APPX 000013



sufficient for a representative sampling, it may be necessary for a "boots on the ground" canvass at ground level for a 1/8th mile radius around a subject roof. Ground mounted electrical transformers with faded paint provide spatter marks for many hail investigations. Many surfaces can be observed from a vehicle, such as car awnings, wood fences, dents to metal roofs, etc.

Dates of multiple hail occurrences may be proven with observing the differences in the extent spatters have faded. It is a mistake to assume hail spatters from two or more directions were from separate storms. Although relatively rate, storms have been documented that broke window glass on three building elevations. It is not unusual to find spatter marks on certain oxidized surfaces remaining visible three to six years after a hail storm occurs (especially spatters on some rusty surfaces and yellow or pink paint).

In most cases the hailstone will be larger than the spatter it produces (up to three times larger). A good analogy is to observe a baseball covered with chalk that is thrown against a solid surface. The mark it leaves is much smaller than the diameter of the baseball, typically about one inch, even though the baseball is almost three inches in diameter. Understanding this potential wide variance for the relationship between hail spatter size and dents to metal is critical for proper hail evaluations.

Hail spatters will rarely be larger than the hailstones that created them. When that occurs the hail was likely soft and significant hail caused dents are not evident.

Dents to AC cooling fins should always be carefully evaluated for clues to determine hail shape, direction and angle of impact but it is a mistake to assume hail size solely upon the size of those dents. The largest hailstones tend to fall with less angle than small hail, so the larger hailstones may have little or no contact with AC fins. An attempt to establish the shape of hail can be important since hailstones that are clumped or irregular in shape may cause dents that are much smaller than a round hailstone of comparable size.

Very large hailstones will normally occur in much less volume than smaller hailstones. There are exceptions where most of the hail is very large, such as the infamous 1995 Mayfest storm in Fort Worth, Texas. The ratio of small to large hailstones is typically at least 10 to 1 but it can be 100+ to 1. The reason hailstorms and individual hailstones are not created equal is due primarily to the amount of turbulence within the storms. Hailstones remain within the clouds, revolving up and down in the turbulence until their weight is adequate to overcome the updraft turbulence of the clouds. In the most turbulent hailstorms very large hailstones can be projected from the upper limits of the clouds long distances (miles) away from the clouds where the hail was formed (with no accompanying small or medium sized hail).

When the large "projected" hail is suspected, it is important to consider obtaining a larger area for evidence sampling. The typical "collateral damage" that is normally anticipated may not be available on a subject roof, but might be on other roofs that are in close proximity so it is just a matter of obtaining permission to evaluate those roofs. It is not unusual for medium and large hailstones from the these most violent storms to impact in "groups". The pattern for hail in some

garyt@chaparralconsulting.com
c: 469.337.5993    f: 469-385.8801
P. O. Box 1810, Midlothian, Texas  76065

APPX 000014



storms might affect only a small percentage of the total roof squares on a roof. One of the important clues to conclude the storm contained severe turbulence is if only large hail is observed with no evidence of smaller hail. *A review of weather records such as Weather Underground or direct data available from the NOAA site can be used to help determine if a storm contained unusually turbulent winds.*

The density of individual hailstones results from the altitude where the hail was formed, causing more-or-less entrained air to be contained within the stones, giving them the appearance of being "cloudy". Hailstones made of "clear ice" will be harder than those that are cloudy.

Irregular shaped hail will have sharper edges, allowing the full impact force of a hailstone to be concentrated on a smaller surface contact area. A simple analogy is to jab the sharp end of a pencil into a cardboard box and repeat the process with the eraser end of the pencil. The sharp end will more easily penetrate, and the penetration will be deeper. Edges of fastener plates or hard insulation boards can be a factor allowing hail to cause membrane cuts (so an investigator needs details of roof construction when it is available). It is sometimes possible to determine if the hail was irregular in shape by observing if the hail spatters include multiple points of surface contact (where oxidization or dirt was scuffed). This is often evident on wood fence hail impact scuffs, where the points of impact in the scuffs are grouped tightly together. Irregular shaped hail may make dents in AC fins that appear as though they were made by tongs of a fork (referred to as "cat scratch" dents). These observations can easily be missed when a roof evaluation is rushed.

As roofs age the membrane components will typically become progressively more fragile, allowing less significant hail to cause damage. A five-year old asphalt roof will typically be much more resistant to hail than a roof that is thirty years old. A roofer may "overcook" (overheat) the asphalt that is applied in a built-up roof, making the moppings between plies thinner and more susceptible to hail impact. Fragility occurs over time when petroleum-based products leach volatiles due to UV exposure from sunlight. This is what happens to an aged vinyl dashboard as it cracks and eventually falls apart. Similarly, the asphalt in an aged built up roof can be crushed to powder by impacting hailstones. Felts in built-up roof membranes are water resistant but not waterproof. If the asphalt between felt plies is crushed, leaks will eventually occur. These are reasons why that at least to the extent possible, a determination of the type, age and overall condition of the hail impacted roofing material should be made.

Concentric circle impact marks can result from hail, especially on membranes that become brittle with age (such as aged PVC and some roof coatings). A hail caused tear in a newer TPO membrane may appear as though it was cut with a knife. Other membranes, such as aged APP "torch down" modified bitumen, may have star shaped hail fractures only on the bottom side of the membrane, even though there may be little or no evidence of displaced granules or other surface damage on the roof membrane.

garyt@chaparralconsulting.com
c: 469.337.5993    f: 469-385.8801
P. O. Box 1810, Midlothian, Texas  76065

APPX 000015



Hail reports are helpful in the process of evaluation and should be considered when available. All reports have disclaimers about no guarantees of accuracy. The reports simply indicate where hail *might have occurred*, and can provide some indication of hail size, *but they are not proof hail did or did not occur* at any specific location. The exception to this rule is if a "hail spotter" personally observed hailstones at a specific location that is mentioned in that hail spotter's narrative (such as the mention of a convenience store or street intersection where hail was observed).

Records produced by the National Oceanic and Atmospheric Administration (NOAA) show latitude/longitude for hail spotters. The reason a latitude/longitude must be considered as approximate is that NOAA may have just used the location of the nearest US Post Office, and that can be miles away from the actual location where the hail was observed. The accuracy on spotter reports is typically a ten-mile radius for a time frame of approximately pre-2011 and five-mile radius for post-2011.

Doppler based hail and wind reports are interpretations rather than being an exact science. A wide variance of actual hail is very typical for most storms (producing larger and smaller hail than the reports suggest). This is true for hail and wind since most tornadoes are of short duration and missed by doppler radar and unreported. We have personally observed conditions proving where tornadoes occurred in close proximity to airports, although they did not show up in the doppler radar or NOAA weather records. A typical example was at the Love Field airport in Dallas, Texas where officially reported wind speeds were 45 MPH; however, eye witnesses watched a typical short duration tornado touch down and travel several hundred yards. The debris field provided irrefutable confirmation that it was in fact a tornado. That evidence included 1200 lb AC units displaced off curbs, steel decking torn from steel bar joists and 12" CMU block walls destroyed. We proved a similar short duration tornado that did not show up on weather records occurred at the DFW airport. This illustrates why weather reports are useful and necessary but need to be considered as only a part of the puzzle that should not override direct site observations.

Various moisture tests can be employed to determine the extent of moisture in roofing systems. Meters are available that can read moisture when set on the roof surface (requiring no invasive methods such as cutting the membrane). An understanding of the terms "relative scale" vs "percentage scale" is necessary for moisture tests to make sense. The "relative scale" meters will typically read from 1 to 100. A building material can't hold 100% moisture (since the wet material is comprised of part water and part building material). Very few building components can hold more than 50% moisture, so the "relative scale" simply means that the material being tested is relatively wet or relatively dry (as an example a reading of 20 being much dryer than a reading of 100). An actual approximate percentage of moisture can be established with meters that obtain readings from probes inserted into the material being tested. The "percentage scale" reading on meters will typically have maximum readings of approximately 40-50%. The relative reading meters are useful for one purpose that percentage meters can't accomplish. That is to

garyt@chaparralconsulting.com
c: 469.337.5993    f: 469-385.8801
P. O. Box 1810, Midlothian, Texas  76065

APPX 000016



trace moisture to point of origin (such as the hole in a roof membrane where the water in entering the roof system).

Infrared cameras have only one purpose and that is to detect differentials in temperatures. Use of differentials can be effective to find overheated equipment components such as worn out or defective electrical breakers or motor bearings. The same concept of temperature differentials can also useful to find moisture. Areas of a roof that retain moisture will tend to remain warm as a roof cools off (producing the differential in temperatures that can be read). It is important to use caution since hot spots identified by an infrared camera can be from heat sources other than moisture. Infrared cameras are useful to find moisture in a roof system if the readings are followed up with other measures to more precisely confirm if moisture exists, and to measure moisture levels. Certain moisture testing procedures can be used to trace leaks back to punctures in the roof membrane that could have been caused by hail or other type of storm damage. _These tests can't be used to prove damage did not occur since leaks may not occur for an extended period of time after a storm occurrence._ Surface tension on roofs that are punctured (holes through the membrane) may not leak for months and depending upon the adequacy of roof drainage, it is not unusual for leaks to be delayed for 1-3 years or even longer. The long delays before leaks occur are common with asphalt membranes that experienced asphalt inner-ply crush (when hail shattered the asphalt between layers of felts but did not cut the felts).

_Destructive testing can take many forms and that includes cutting of membrane samples but that is typically the last part of an evaluation. Procedures performed first can include interviews for history of a reported or suspect storm, checking for and identifying locations of historical and current leaks, checking other historical records, auditing of maintenance records and evaluation of nearby structures and roofs to compare conditions. Tests performed during the evaluation of a roof or later in a lab include cross sectioning at points of hail impact, water column tests and delamination of samples that that have been frozen with dry ice._

garyt@chaparralconsulting.com
c: 469.337.5993    f: 469-385.8801
P. O. Box 1810, Midlothian, Texas  76065

APPX 000017

 **Weather Verification Services**

# Hail Verification Report

| | |
|---|---|
| **Claim or Reference #** | VAQUERO CLUB DRIVE |
| **Insured/Property Owner** | VAQUERO CLUB DRIVE |
| **Address** | 2211 Vaquero Club Dr<br>Westlake, TX 76262 |
| **Coordinates** | Latitude 32.968526, Longitude -97.192307 |
| **Date Range** | Jul 10, 2013 to Jul 09, 2023 |
| **Report Generated** | July 10th, 2023 at 12:23:50 UTC |

## Storm Events

| | Estimated Maximum Hail Size | | | |
|---|---|---|---|---|
| **Date** | **At Location** | **Within 1 mi / 1.61 km** | **Within 3 mi / 4.83 km** | **Within 5 Miles** |
| Jun 11, 2023 | 0.9 in / 2.29 cm | 1.6 in / 4.06 cm | 2.1 in / 5.33 cm | 2.8 in / 7.11 cm |
| May 19, 2023 | -- | 0.9 in / 2.29 cm | 1 in / 2.54 cm | 1 in / 2.54 cm |
| Mar 21, 2022 | -- | 0.8 in / 2.03 cm | 0.9 in / 2.29 cm | 0.9 in / 2.29 cm |
| Nov 10, 2021 | -- | 0.75 in / 1.91 cm | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm |
| Apr 28, 2021 | 2.1 in / 5.33 cm | 2.4 in / 6.1 cm | 2.6 in / 6.6 cm | 2.9 in / 7.37 cm |
| Mar 24, 2021 | -- | 0.8 in / 2.03 cm | 1 in / 2.54 cm | 2.1 in / 5.33 cm |
| Jun 16, 2019 | -- | -- | 0.75 in / 1.91 cm | 0.75 in / 1.91 cm |
| Mar 24, 2019 | -- | 0.8 in / 2.03 cm | 1 in / 2.54 cm | 1 in / 2.54 cm |
| Mar 8, 2019 | -- | -- | 0.8 in / 2.03 cm | 0.9 in / 2.29 cm |
| Jan 21, 2018 | -- | -- | 0.75 in / 1.91 cm | 0.8 in / 2.03 cm |
| Apr 10, 2017 | -- | -- | 1.1 in / 2.79 cm | 1.1 in / 2.79 cm |
| Apr 1, 2017 | -- | -- | 0.8 in / 2.03 cm | 0.9 in / 2.29 cm |
| Apr 29, 2016 | -- | 0.75 in / 1.91 cm | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm |
| Mar 23, 2016 | 1 in / 2.54 cm | 1 in / 2.54 cm | 1 in / 2.54 cm | 1.1 in / 2.79 cm |
| Dec 27, 2015 | -- | 0.8 in / 2.03 cm | 0.9 in / 2.29 cm | 0.9 in / 2.29 cm |
| Oct 26, 2013 | -- | 1 in / 2.54 cm | 1.5 in / 3.81 cm | 1.5 in / 3.81 cm |

APPX 000018



1.1 - OVERHEAD AERIAL

© 2023 EagleView

APPX 000019



1.2 - VIEW FROM NORTH ELEVATION

APPX 000020



1.3 - VIEW FROM EAST ELEVATION



1.4 - VIEW FROM SOUTH ELEVATION

APPX 000022



1.5 - VIEW FROM WEST ELEVATION

APPX 000023



1.6 - WOOD PERGOLA



1.7 - WOOD PERGOLA, SIDE VIEW AT FRONT OF RESIDENCE



Hail formation process   NWS BURLINGTON



Hail - Tornado Tim
tornadochaser.com



severe weather clouds ...

wcnc.com

Capital Weather Gang - What makes hail ...
voices.washingtonpost.com

Hail formation - Hail damages – Diff...
anti-grele.fr

## 2.1 - EXAMPLES OF JAGGED HAIL AND HAIL PROJECTION

**Westlake Moms** 

Group post by DeeAnn Jeppesen · 24m · 

I hope everyone weathered the storm with minimal damage. This company just replaced our entire roof and they were fabulous.

https://www.ifcroofing.com/



2.2 – WESTLAKE HAIL OBSERVATION



### NBCDFW

TRENDING    Amber Alert    TikTok Ban    FWSSR    Sign Up for Good News

## Your Photos of Hail Damage to Cars, Homes: April 28, 2021

Published April 29, 2021 • Updated on April 29, 2021 at 6:48 pm

A severe storm in Northern Tarrant County Wednesday night left behind a lot of damage, with many people finding the windows busted out of their cars. Send your pictures to iSee@nbcdfw.com.

**11 PHOTOS**

1/11



Hail Storm in Keller

## 2.3 – HAIL DAMAGE IN KELLER



3.1 - WOOD SCUFFS AT KINGFISHER DRIVE



3.2 - HAIL SPATTER ON CONCRETE AT KING FISHER DRIVE

HAIL SPATTER ON CONCRETE AT KING FISHER DRIVE



TILE ON ROOF AT POST OAK PLACE

3.3 - 2.25 INCH HAIL SPATTER ON ROOF TILE AT POST OAK PLACE



HAIL SCUFFS TO WOOD AT KNIGHTHAWK CT.

3.4 - HAIL SCUFFS TO WOOD PANEL ON NIGHTHAWK COURT



4.1 - HAIL DENTS TO ALUMINUM WINDOW FRAME



4.2 - HAIL DENTS TO ALUMINUM WINDOW FRAME



4.3 - HAIL DENTS TO ALUMINUM WINDOW FRAME



4.4 - HAIL DENTS TO ALUMINUM WINDOW FRAME



4.5 - HAIL DENT TO SIDE OF ALUMINUM WINDOW FRAME



4.6 - HAIL DENT TO 20 GAUGE (THICK) AC COWLING



4.7 - HAIL DENTS TO METAL ROOF PANELS



4.8 - HAIL DENTS TO DOWNSPOUT



4.9 - HAIL DENTS TO STATIC ROOF VENT



4.10 - HAIL DAMAGE TO WOOD PURGOLA



5.1 - BROKEN ROOF TILE



5.2.HAIL FRACTURES TO ROOF TILE



5.3 - HAIL FRACTURES TO ROOF TILE



5.4 - HAIL FRACTURES TO CLAY ROOF TILE



5.5 - FRACTURES TO CLAY ROOF TILE



6.1 - CLAY TILE BEFORE FIRING HAIL CANNON



6.2 - CLAY TILE FRACTURED



6.3 - PHOTO AFTER BROKEN TILE SEPARATED AND FELL



7.1 - HAIL TEST AT IAS LAB, TILE BREAK IS NOT ALONG CRACK LINE



8.1 - NEW TILE FOR COMPARISON TO HAIL DAMAGED TILE ON THE RESIDENCE



8.2 - 1.75 INCH SIMULATED HAILSTONE



8.3 - BARRELL OF HAIL CANNON

| Date | Estimated Maximum Hail Size | | | |
|---|---|---|---|---|
| | At Location | Within 1 mi / 1.61 km | Within 3 mi / 4.83 km | Within 5 Miles |
| Aug 13, 2013 | -- | -- | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm |

• Hail dates begin at 6am CST on the indicated day and end at 6am CST the following day.
• Dash "--" indicates 0.75 in / 1.91 cm or larger hail was detected within 3 mi / 4.83 km, but not at location.
• Hail sizes being reported within this report start at 0.75 in / 1.91 cm and increase in 0.1 in / 0.25 cm increments; rounded to the nearest 0.1 in / 0.25 cm.
• This report contains hail events between Jul 10, 2013 and Jul 09, 2023.

# Important Legal Notice and Disclaimer

THIS REPORT AND THE CORRESPONDING DATA IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND ONLY FOR INTERNAL USE BY THE INITIAL PURCHASER/END-USER RECIPIENT HEREOF. NOTWITHSTANDING THE FOREGOING, SUCH PURCHASER/END-USER MAY SHARE THIS REPORT WITH THE OWNER OF THE PROPERTY THAT IS THE SUBJECT OF THE REPORT. CORELOGIC, INC. AND/OR ITS SUBSIDIARIES OR AFFILIATES ("CORELOGIC") DO NOT ASSUME, AND EXPRESSLY DISCLAIM LIABILITY FOR ANY LOSS OR DAMAGE RESULTING FROM THE USE OF, OR ANY DECISIONS BASED ON OR IN RELIANCE ON, THIS REPORT AND THE CORRESPONDING DATA

THIS REPORT AND THE CORRESPONDING DATA ARE FURNISHED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY, ACCURACY, COMPLETENESS, NON-INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE (EVEN IF THAT PURPOSE IS KNOWN TO CORELOGIC). SOME STATES DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO THE USER. IN THAT EVENT, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO NINETY (90) DAYS FROM THE DATE OF THE REPORT AND TO THE DOLLAR AMOUNT OF THE REPORT.

THE CONTENTS OF THIS REPORT ARE PROTECTED BY APPLICABLE COPYRIGHT AND OTHER INTELLECTUAL PROPERTY LAWS AND MAY INCLUDE PROPRIETARY OR OTHER CONTENT OF THIRD PERSONS. NO PERMISSION IS GRANTED TO COPY, DISTRIBUTE, MODIFY, POST OR FRAME ANY TEXT, GRAPHICS, OR USER INTERFACE DESIGN OR LOGOS INCLUDED IN THIS REPORT. ALL USERS OF THIS REPORT AGREE TO HOLD HARMLESS CORELOGIC AND ITS AFFILIATES, EQUITY HOLDERS, DIRECTORS, OFFICERS, EMPLOYEES, CONTRACTORS, AGENTS, REPRESENTATIVES AND SUPPLIERS OF THIRD PARTY CONTENT FROM ANY USE OR MISUSE, MISAPPLICATION, ALTERATION OR UNAUTHORIZED DISCLOSURE OF THIS REPORT.

THIS NOTICE AND DISCLAIMER IS INTENDED TO FUNCTION IN HARMONY WITH THE CORELOGIC TERMS OF USE AVAILABLE ON THE WEATHER VERIFICATION SERVICES WEBSITE. IN THE EVENT OF ANY CONFLICT BETWEEN THE TWO DOCUMENTS, THE CORELOGIC TERMS OF USE SHALL GOVERN.

**Scan to Verify Authenticity**



*The original contents of this report are stored online in the original state provided by CoreLogic. Scan this QR Code and it will take you to a link to view the data and verify its authenticity.*

APPX 000056